IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YVES NADIE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL ACTION<br><br>No. 25-03064 -KSM |

## ORDER

**AND NOW**, this 24th day of October, 2025, upon consideration of Defendant United States of America's partial motion to dismiss Plaintiff's punitive and emotional distress damages claims (Doc. No. 11) and Plaintiff's opposition (Doc. No. 14), it is **ORDERED** that United States's partial motion is **GRANTED**, as follows:

1. Plaintiff is barred from recovering punitive damages;

2. Plaintiff is barred from recovering emotional distress damages;

3. Plaintiff's claims seeking punitive damages and emotional distress damages are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
_____
KAREN SPENCER MARSTON, J.