## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **YVES NADIE,** | **CIVIL ACTION** |
| Plaintiff, | |
| **v.** | **No. 25-3064-KSM** |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

## ORDER

**AND NOW,** this 12th day of May, 2026, upon consideration of Defendant United States of America's ("United States'") Motion for Summary Judgment (Doc. No. 32), the United States' Statement of Undisputed Material Facts in Support of Summary Judgment (Doc. No. 33), Plaintiff's Opposition (Doc. No. 34), and the United States' Response in Support of Motion for Summary Judgment (Doc. No. 35), and for the reasons discussed in the accompanying memorandum, it is **ORDERED** that the United States' motion is **GRANTED** (Doc. No. 32), and **JUDGMENT** is entered in favor of the United States, as to Plaintiff's negligence claim.

1.      The Clerk of Court is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**